In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-145 CR


____________________



MELVIN MOSES, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 87543






MEMORANDUM OPINION (1)


 Melvin Moses was convicted and sentenced on an indictment for robbery. Moses
filed a notice of appeal on March 19, 2003. The trial court entered a certification of the
defendant's right to appeal in which the court certified that this is a plea-bargain case, and
the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's
certification has been provided to the Court of Appeals by the district clerk.

 On March 20, 2003, we notified the parties that the appeal would be dismissed
unless an amended certification was filed within thirty days of the date of the notice and
made a part of the appellate record by April 19, 2003. See Tex. R. App. P. 37.1. The
record has not been supplemented with an amended certification. Because a certification
that shows the defendant has the right of appeal has not been made part of the record, the
appeal must be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered May 8, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.